■　In the Matter of the Accounting of JOHANNA KRYCUN, as Administratrix of the Estate of DYMITR KRYCUN, Deceased, Respondent. JOHN HALAWAJ, Appellant.— In a proceeding to judicially settle the account of an administratrix, the objectant appeals from a decree of the Surrogate's Court, Queens County, based on a stipulation entered into between counsel and the parties in open court. Decree unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.

■　In the Matter of THOMAS MACKENZIE, Petitioner, against EVANS WARD et al., Constituting the WESTCHESTER COUNTY PARK COMMISSION, et al., Respondents.— Proceeding to review a determination of the Westchester County Park Commission finding petitioner guilty of two charges preferred against him and dismissing him from his employment as a toll collector. The proceeding has been transferred to this court pursuant to section 1296 of the Civil Practice Act. Determination unanimously confirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■　THERESA MANNA, Respondent, v. JACK CORBETT, Appellant.— In a summary proceeding by a landlord to evict a tenant for violating a substantial obligation of his tenancy, the tenant appeals from a final order of the City Court of Mount Vernon awarding possession of an apartment occupied by the tenant. Final order reversed on the law and the facts, with costs, and petition dismissed, without costs. The failure of the landlord to prove compliance with sections 52 and 53 of the Rent and Eviction Regulations was fatal to his right to maintain the instant proceeding. (Froehlich v. Norton, 278 App. Div. 952; 660 Locust St. Corp. v. MacPherson, 279 App. Div. 927; Joyce Properties v. Wilkenson, 122 N. Y. S. 2d 179.) Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ. concur.

■　LENA MEDICI, as Administratrix of the Estate of SADIE BARONE, Deceased, Appellant, v. FOSTER-MILBURN COMPANY et al., Respondents, et al., Defendants.— In an action to recover damages for personal injuries allegedly sustained by plaintiff's intestate as the result of ingesting a product manufactured by defendants Foster-Milburn Company and Westwood Pharmacal Corporation as a salt substitute, plaintiff appeals from a judgment dismissing the complaint as against said defendants at the close of plaintiff's case. Judgment reversed and new trial granted, with costs to appellant to abide the event. In our opinion a prima facie case against respondents was established. The testimony given by the deceased's attending physician was that the subject product was not safe for human consumption and that, with a reasonable degree of certainty, it was the competent producing cause of the symptoms that developed. Present — Nolan, P. J., Wenzel, Hallinan and Kleinfeld, JJ. Beldock, J., not voting.